| AO 10 Rev. 1/2015 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2015 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial) Bernthal, David G. | 2. Court or Organization U.S. District Court, CD/IL | 3. Date of Report 5/10/2016 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) U.S. Magistrate Judge | 5a. Report Type (check appropriate type) ☐ Nomination   Date ☐ Initial  ☑ Annual   ☐ Final 5b. ☐ Amended Report | 6. Reporting Period 01/01/2015 to 12/31/2015 |

**7. Chambers or Office Address**

U.S. Courthouse
201 S. Vine Street
Urbana, IL 61802

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Director | Champaign Country Club |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 1/87 | Deferred Compensation Plan, State of Illinois (former employee) (See Notes Part VIII) |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bernthal, David G. | 5/10/2016 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2015 | Self-Employed (Real Estate Broker) |
| 2. | 2015 | Retail (Part-Time Sales) |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | IPLAC (Intellectual Property Law Association of Chicago) | 2/6/15 | Chicago, IL | Moot Court Competition | Lodging/Parking/Mileage |
| 2. | Illinois State Bar Association | 11/14/15 | Chicago, IL | Committee Meeting | Mileage/Parking |
| 3. | IPLAC (Intellectual Property Law Association of Chiago) | 11/13/15 | Chicago, IL | Judicial Recognition Dinner | Lodging/Dinner |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑  NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑  NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bernthal, David G. | 5/10/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐   NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Marine Bank | A | Interest | J | T | | | | | |
| 2. Angeles Partners XIV | A | Rent | J | W | | | | | |
| 3. Busey Bank Account | A | Interest | J | T | | | | | |
| 4. Busey Bank Account | A | Interest | J | T | | | | | |
| 5. Busey Bank Account | A | Interest | J | T | | | | | |
| 6. Busey Bank Account | A | Interest | J | T | | | | | |
| 7. Busey Bank Account | A | Interest | J | T | | | | | |
| 8. Busey Bank Account | A | Interest | J | T | | | | | |
| 9. T. Rowe Price Retirement Active Trust D | B | Interest | L | T | | | | | See Note Pt. VIII |
| 10. Busey Bank Account | A | Interest | J | T | | | | | |
| 11. MFS Value Fund Class I (MEIIX (IRA) | C | Dividend | L | T | | | | | |
| 12. Leader Short Term Fund Bond Institutional Fund LCCIX (IRA) | B | Dividend | K | T | Buy (add'l) | 03/23/15 | K | | |
| 13. Parnassus Mid-Cap Fund PARMX (IRA) | C | Dividend | L | T | | | | | |
| 14. Principal Global Real Estate Securities Fnd POSPX (IRA) | B | Dividend | K | T | | | | | |
| 15. Templeton Global Bond Fund Advisor Class TGBAX (IRA) | A | Dividend | J | T | | | | | |
| 16. New World Fund Class F-2 NFFFX (IRA) | A | Dividend | K | T | | | | | |
| 17. Prudential Absolute Return Bond Fund Class Z PADZX (IRA) | A | Dividend | | | Sold | 01/23/15 | K | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bernthal, David G. | 5/10/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Putnam Convertible Securities Fund Class Y PCGYX (IRA) | B | Dividend | K | T | | | | | |
| 19. Oppenheimer Senior Floating Rate Fund Class Y OOSYX (IRA) | B | Dividend | K | T | | | | | |
| 20. The Oakmark International Fund Class I OAKIX (IRA) | B | Dividend | K | T | | | | | |
| 21. Eaton Vance Floating Rate Advantage FD Class I EIFAX (IRA) | B | Dividend | K | T | | | | | |
| 22. TCW Relative Value TGIGX (IRA) | B | Dividend | L | T | | | | | |
| 23. Ridgeworth High Income Fund Class I STHTX (IRA) | B | Dividend | K | T | | | | | |
| 24. T. Rowe Price New Horizons PRNHX (IRA) | C | Dividend | K | T | | | | | |
| 25. Principal Midcap Fund Class P PMCPX (IRA) | C | Dividend | L | T | | | | | |
| 26. Pimco Income Fund Class Inst PIMIX (changed from D PONDX) (IRA) | C | Dividend | K | T | | | | | |
| 27. Alliance Bernstein High Income Fund Advisor Class AGDYX (IRA) | C | Dividend | K | T | | | | | |
| 28. Fidelity Advisor New Insights Fund Class I FINSX (IRA) | D | Dividend | L | T | | | | | |
| 29. Hancock Horizon Family Burkenroad Fund Class D HYBUX (IRA) | A | Dividend | K | T | | | | | |
| 30. Transamerica Short-Term Bond Fund TSTIX (IRA) | A | Dividend | | | Sold | 01/22/15 | J | | |
| 31. T Rowe Price Stable Return Fund (IRA) | A | Dividend | | | | | | | See Note Pt. VIII |
| 32. Lord Abbott Large Cap Core Stra. Sep. (IRA) | A | Interest | J | T | | | | | |
| 33. Pershing Government Account (IRA) | | None | J | T | | | | | |
| 34. Goldman Sachs Strategic Income Fund Class I GSZIX (IRA) | A | Dividend | | | Sold | 03/23/15 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bernthal, David G. | 5/10/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Invesco Equally Weighted S&P 500 Class Y VADDX (IRA) | A | Dividend | K | T | | | | | |
| 36. Ivy International Core Equity Fund Class I ICEIX (IRA) | A | Dividend | K | T | | | | | |
| 37. Maingate MLP Fund Institutional Class IMLPX (IRA) | B | Dividend | | | Sold | 11/17/15 | K | | |
| 38. Putnam Multi-Cap Core Fund Class Y PMYYX (IRA) | A | Dividend | L | T | | | | | |
| 39. Eaton Vance Short Duration Strategic Income ESIIX (IRA) | A | Dividend | K | T | Buy | 03/24/15 | K | | |
| 40. PIMCO Foreign Bond Fund PFORX (IRA) | B | Dividend | K | T | Buy | 01/22/15 | K | | |
| 41. First Tr Exchange Traded FV (IRA) | A | Dividend | K | T | Buy | 11/17/15 | K | | |
| 42. Hancock Horizon Family Burkenroad Fund HYBUX (Spouse IRA) | A | Dividend | J | T | | | | | |
| 43. MFS International Value Fund MINIX (Spouse IRA) | A | Dividend | J | T | | | | | |
| 44. T. Rowe Price Extended Equity Market Index PEXMX (Spouse IRA) | A | Dividend | J | T | | | | | |
| 45. Sun America Focused Dividend Stategy Fund FDSWX (Spouse IRA) | A | Dividend | J | T | | | | | |
| 46. Eaton Vance Floating Rate Fund EABLX (Spouse IRA) | A | Dividend | | | Sold | 12/21/15 | J | | |
| 47. Leader Short Term Bond Fund LCCIX (Spouse IRA) | A | Dividend | J | T | Sold (part) | 03/12/15 | J | | |
| 48. Leader Short Term Bond Fund LCCIX (Spouse IRA) | | None | | T | Buy (add'l) | 07/13/15 | J | | |
| 49. Goldman Sachs Strategic Income Fund GSZIX (Spouse IRA) | A | Dividend | | | Sold | 07/13/15 | J | | |
| 50. Ivy High Income Fund IVHIX (Spouse IRA) | A | Dividend | | | Sold | 12/18/15 | J | | |
| 51. Maingate MLP Fund Institutional Class IMLPX (Spouse IRA) | A | Dividend | | | Sold | 11/17/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bernthal, David G. | 5/10/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Lord Abbett Growth Leaders LGLFX (Spouse IRA) | | None | J | T | Buy | 12/18/15 | J | | |
| 53. First TR Exchange Traded FV (Spouse IRA) | A | Dividend | J | T | Buy | 11/17/15 | J | | |
| 54. Pershing Government Account (Spouse IRA) | | None | J | T | | | | | |
| 55. Sun America Focused Dividend Strategy Fund FDSWX (Spouse SEP) | A | Dividend | J | T | | | | | |
| 56. Invesco Equally Weighted S&P 500 Fund VADDX (Spouse SEP) | A | Dividend | J | T | | | | | |
| 57. Vanguard Index Trust Total Stock VTSMX (Spouse SEP) | A | Dividend | K | T | Sold (part) | 03/12/15 | J | | |
| 58. Vanguard Index Trust Total Stock VTSMX (Spouse SEP) | | None | K | T | Buy (add'l) | 04/14/15 | J | | |
| 59. Ivy International Core Equity ICEIX (Spouse SEP) | A | Dividend | J | T | Buy | 04/14/15 | J | | |
| 60. Pershing Government Account (Spouse SEP) | | None | J | T | | | | | |
| 61. Federated Capital Reserves Money Fund (IND) | | None | J | T | | | | | |
| 62. Cozad Small Cap Value Fund Class I COZIX (IND) | A | Dividend | K | T | | | | | |
| 63. Delaware Value Fund Class I DDVIX (IND) | A | Dividend | K | T | | | | | |
| 64. Federated Capital Reserves Money Fund (IND EI) | | None | J | T | | | | | |
| 65. American Electric Power Co AEP (IND EI) | A | Dividend | J | T | | | | | |
| 66. American Software Inc CL A AMSWA (IND EI) | A | Dividend | J | T | | | | | |
| 67. American STS Water Co AWR (IND EI) | A | Dividend | J | T | | | | | |
| 68. Annaly Cap Mgmt Inc NLY (IND EI) | A | Dividend | | | Sold | 08/07/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bernthal, David G. | 5/10/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Apollo Invt Corp AINV (IND EI) | A | Dividend | J | T | Buy (add'l) | 10/15/15 | J | | |
| 70. ARES Cap Corp ARCC (IND EI) | A | Dividend | J | T | | | | | |
| 71. Bristol Myers Squibb BMY (IND EI) | A | Dividend | J | T | | | | | |
| 72. CA Inc CA (IND EI) | A | Dividend | J | T | | | | | |
| 73. Calamos Asset Mgmt Inc Cl A CLMS (IND EI) | A | Dividend | J | T | | | | | |
| 74. Conagra Foods Inc CAG (IND EI) | A | Dividend | J | T | | | | | |
| 75. Consolidated Communications Hldgs CNSL (IND EI) | | None | J | T | | | | | |
| 76. Diebold Inc DBD (IND EI) | A | Dividend | J | T | | | | | |
| 77. Duke Realty Corp DRE (IND EI) | A | Dividend | | | Sold | 03/13/15 | J | | |
| 78. Dupont Fabros Technology Inc DFT (IND EI) | A | Dividend | J | T | | | | | |
| 79. Garmin Ltd Shs GRMN (IND EI) | A | Dividend | J | T | | | | | |
| 80. Genuine Parts Co GPC (IND EI) | A | Dividend | J | T | | | | | |
| 81. HCP Inc HCP (IND EI) | A | Dividend | | | Sold | 08/07/15 | J | | |
| 82. Integrys Energy Grp TEG (IND EI) | A | Dividend | | | Sold | 03/13/15 | J | | |
| 83. Kimberly Clark KMB (IND EI) | A | Dividend | J | T | | | | | |
| 84. Kinder Morgan Inc Del KMI (IND EI) | A | Dividend | J | T | | | | | |
| 85. Merck & Co MRK (IND EI) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bernthal, David G. | 5/10/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. MFA Finl Inc MFA (IND EI) | A | Dividend | J | T | | | | | |
| 87. Microchip Technology MCHP (IND EI) | A | Distribution | J | T | | | | | |
| 88. MVC Cap Inc MVC (IND EI) | | None | | | Sold | 03/13/15 | J | | |
| 89. Northrop Grumman NOC (IND EI) | A | Dividend | J | T | | | | | |
| 90. One Gas Inc OGS (IND EI) | A | Dividend | | | Sold | 03/13/15 | J | | |
| 91. Oneok Inc OKE (IND EI) | A | Dividend | | | Sold | 08/07/15 | J | | |
| 92. PDL Biopharma PDLI (IND EI) | A | Dividend | | | Sold | 09/30/15 | J | | |
| 93. Paychex Inc PAYX (IND EI) | A | Dividend | J | T | | | | | |
| 94. Pengrowth Energy Corp PGH (IND EI) | A | Dividend | | | Sold | 02/04/15 | J | | |
| 95. Pfizer Inc PFE (IND EI) | A | Dividend | J | T | | | | | |
| 96. Realty Income Corp O (IND EI) | A | Dividend | J | T | | | | | |
| 97. Reynolds Amern Inc RAI (IND EI) | A | Dividend | J | T | | | | | |
| 98. RPM Intl Inc RPM (IND EI) | A | Dividend | J | T | | | | | |
| 99. Science Applications Intl Corp SAIC (IND EI) | A | Dividend | J | T | | | | | |
| 100. Southern Co (IND EI) | A | Dividend | J | T | | | | | |
| 101. Spectra Energy Corp SE (IND EI) | A | Dividend | J | T | Buy (add'l) | 10/15/15 | J | | |
| 102. Universal Health Rlty Income UHT (IND EI) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bernthal, David G. | 5/10/2016 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. Williams Cos Inc WMB (IND EI) | A | Dividend | J | T | | | | | |
| 104. WP Carey Inc WPC (IND EI) | A | Dividend | J | T | | | | | |
| 105. Crown Castle Intl CCI (IND EI) | A | Dividend | J | T | Buy | 11/23/15 | J | | |
| 106. Hospitality PPTYS TR HPT (IND EI) | A | Dividend | J | T | Buy | 02/05/15 | J | | |
| 107. RMR Group Inc (spinof of Hospitality PPTYS) RMR (IND EI) | | None | J | T | Spinoff (from line 106) | 12/18/15 | J | | |
| 108. Kronos Worldwide KRO (IND EI) | A | Dividend | J | T | Buy | 03/13/15 | J | | |
| 109. Leidos Hldgs LDOS (IND EI) | A | Dividend | J | T | Buy | 08/07/15 | J | | |
| 110. Old Republic Intl ORI (IND EI) | A | Dividend | J | T | Buy | 03/13/15 | J | | |
| 111. Pacwest Bancorp PACW (IND EI) | A | Dividend | J | T | Buy | 08/07/15 | J | | |
| 112. Quad/Graphics Inc QUAD (IND EI) | A | Dividend | | | Buy | 03/15/15 | J | | |
| 113. Quad/Graphics Inc QUAD (IND EI) | | None | | | Sold | 11/09/15 | J | | |
| 114. Textainer Group TGH (IND EI) | | None | | | Buy | 03/03/15 | J | | |
| 115. Textainer Group THG (IND EI) | | None | | | Sold | 11/04/15 | J | | |
| 116. Western Refining Inc WNR (IND EI) | A | Dividend | J | T | Buy | 08/07/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

II. AGREEMENTS -

1. Deferred Compensation Plan - I am no longer contributing or participating in the plan. Administrators will hold previous contributions pursuant to an irrevocable election.

VII. INVESTMENTS and TRUSTS --

Line 9    The funds were moved by the plan. This was an exchange not a sale and purchase. There was no gain or loss to report.

Line 31    The stable return funds were exchanged by the plan for T. Rowe Price Retirement 2015 Active Trust E. (As noted above, that fund was exchanged for the Active Trust D reported on Line 9 of Part VII. This was done by the plan with no sale or purchase and not pursuant to my direction.)

Whenever Column B(1) is left blank and B(2) says "None," for an asset not disposed of, it means there was zero income of any kind attributable to that asset during the reporting period. (Example, Line 33.)

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ David G. Bernthal**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544